IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:21-cv-132

| | |
|---|---|
| WESTGATE KINSTON, LLC, | |
| Plaintiff | |
| v. | **ORDER** |
| ALLIED INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

THIS MATTER came before the Court on the Stipulation of Dismissal as to Plaintiff's Second Claim and Fourth Claim of Complaint. For good cause shown, the Stipulation of Dismissal as to Plaintiff's Second Claim and Fourth Claim of Complaint is granted, and the Second Claim and Fourth Claim of Complaint are dismissed. Furthermore, Defendant's Partial Motion to Dismiss, filed September 23, 2021 is deemed moot.

SO ORDERED this the **20** day of October, 2021.

District Judge James C. Dever, III